No. 80–283. DELAWARE *v.* HUNTER. Sup. Ct. Del. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Albernaz* v. *United States, ante,* p. 333. JUSTICE STEWART, JUSTICE MARSHALL, and JUSTICE STEVENS dissent.

No. 80–749. DELAWARE *v.* EVANS. Sup. Ct. Del. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Albernaz* v. *United States, ante,* p. 333. JUSTICE STEWART, JUSTICE MARSHALL, and JUSTICE STEVENS dissent.

No. A–687 (80–1569). JOHNSON *v.* UNITED STATES. Application to recall and stay the mandate of the United States Court of Appeals for the Tenth Circuit, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. A–779. DORTA *v.* FORSHT, UNITED STATES MARSHAL. D. C. S. D. Fla. Application for stay, presented to JUSTICE STEVENS, and by him referred to the Court, denied.

No. A–785. BP OIL, INC. *v.* DONOVAN, SECRETARY OF LABOR. D. C. E. D. Pa. Application for stay and injunction pending appeal to the United States Court of Appeals for the Third Circuit, presented to JUSTICE BRENNAN, and by him referred to the Court, denied.

No. 80–242. LEHMAN, SECRETARY OF THE NAVY *v.* NAKSHIAN. C. A. D. C. Cir. [Certiorari granted *sub nom. Hidalgo* v. *Nakshian,* 449 U. S. 1009.] Motion of Claude Pepper et al. for leave to file a brief as *amici curiae* granted.

No. 80–581. COMMONWEALTH EDISON CO. ET AL. *v.* MONTANA ET AL. Sup. Ct. Mont. [Probable jurisdiction noted, 449 U. S. 1033.] Motion of Arizona for leave to adopt the brief *amici curiae* of Wyoming et al. denied.